UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                      )
                                            )
**Catalyst Lifestyles Sport Resort, LLC**   )      **CASE NO.:  17-23131-JRA**
                          **Debtor**        )      **CHAPTER 11**
                                            )
                                            )

## APPEARANCE

    Jennifer W. Prokop, Trial Attorney, hereby appears on behalf of the United States Trustee and requests to be added to the electronic service matrix for all pleadings and documents filed in this case.  My email address is: jennifer.prokop@usdoj.gov.

    Respectfully submitted,

    NANCY GARGULA
    United States Trustee

October 31, 2017        By:   /s/ Jennifer W. Prokop
    Jennifer W. Prokop
    Trial Attorney

    Office of the United States Trustee
    100 E. Wayne Street, Suite 555
    South Bend, IN 46601
    Tel:  (574) 236-8105 x121
    Fax: (574) 236-8163