UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:

**CATALYST LIFESTYLES SPORT RESORT, LLC,**

Debtor.

Case No. 17-23131-JRA-11
CHAPTER 11

## MOTION FOR TURNOVER

Catalyst Lifestyles Sport Resort, LLC, ("Debtor"), by counsel, respectfully represents the following to the Court:

1. On the date hereof, Debtor was the Debtor in Possession in the captioned Bankruptcy proceeding, which was commenced by the filing of a Voluntary Petition under Chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), on October 31, 2017 which generated the related Order for Relief herein, (the "Commencement Date"). Debtor continues to operate its business and manage its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Debtor is engaged in the business of owning and operating a 170 acres sport resort complex development project located in Portage, Indiana, (the "Real Estate").

### Jurisdiction

3. This Court has jurisdiction to consider this matter pursuant to 28 USC §§ 157 and 1334. This is a core proceeding pursuant to 28 USC §§ 157 (b). Venue is proper before this Court pursuant to 28 USC §§ 1408 and 1409.

### Relief Requested

4. By this Motion, Debtor requests that the Court enter an Order pursuant to 11 USC §§ 541-543 directing Clifford D Morgan, Todd Thomae and Josh Sherrard as individuals, and, to the extent it is in possession of property of this estate, the law firm of Harris, Welsh and Lukmann, by and through Morris A Sunkel, (collectively the "Parties in Possession") to turn over all property of this estate in the possession and control of the Parties in Possession and account for such property by delivering all relevant business records, reports and supporting documentation.

5. Prior to the Petition Date, the Parties in Possession either were or represent the owners of

50% of the equity in the Debtor.  It is fair to say that those parties and the owner of the other 50% of the equity are deadlocked and cannot agree on how to manage the affairs of the Debtor.  The Parties in Possession have had exclusive control over the books and records of the Debtor, have managed its cash and checking accounts, and have apparently engaged in hiring contractors who are removing property from the Real Estate.  11 USC § 543 directs a person in possession of any property belonging to a debtor to deliver that property to the trustee or debtor in possession.  Despite notice and demand, to date the Parties in Possession have failed and refused to deliver the property of this estate.

6. Specifically, the Debtor has requested that the Parties in Possession deliver the following items:

-all books and records of the entity

-all accounting records, journals, digital files, software and any other memorialization of the financial transactions affecting the entity

-all corporate record books, meeting minutes records, resolutions or other corporate maintenance and formality documents

-all tax returns and any correspondence files between the company and its accountants

-copies of all accounts payable and receivable ledgers, invoices, purchase orders, credit memos and other evidence of transactions with third parties

-all insurance policies, related claim information, declaration pages and invoices for premiums

-all bank statements, check registers, deposit records and other evidence of banking transactions, including any balances on hand either in cash or in the evidenced accounts, and any other documents or things that belong to the DIP

-any amount deposited with the Clerk of the Porter County Superior Court

7. Time is of the essence in obtaining compliance with the turnover request of the Debtor. Among other things, the Debtor cannot prepare and file schedules and statement of affairs herein unless the information contained in the property sought is turned over

**WHEREFORE**, the Debtor herein respectfully requests that the Court direct the Parties in Possession to turnover assets and information as described herein, and for all other just and proper relief in the premises.

Respectfully Submitted,

_____
KC Cohen 04310-49

Attorneys for the Debtor:
KC Cohen 04310-49
KC Cohen, Lawyer, PC
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204-2573
317.715.1845
fax 916.0406
kc@smallbusiness11.com

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a copy of the foregoing was filed using the Court's ECF system and parties will be served via such system as follows:

Jennifer.prokup@usdoj.gov

scox@hodgesdavis.com

USTPRegion10.SO.ECF@usdoj.gov


In addition, a copy was delivered by us mail and facsimile to the following:

Morgan, Clifford
Strategic Wealth Inc.
2500 Calumet Ave, Ste D
Valparaiso , In 46383

Sherrard, Joshua
Strategic Wealth Inc.
2500 Calumet Ave, Ste D
Valparaiso , In 46383

Thomae, Todd
Strategic Wealth Inc.
2500 Calumet Ave, Ste D
Valparaiso , In 46383

Harris, Welsh and Lukmann c/o
Morris A Sunkel
107 Broadway
Chesterton, IN 46304


                                                   ___/s/ KC Cohen__
                                                       KC Cohen